# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| **Debtor:** | ANGELA E. BARLOW |
| **Case Number:** | 18-23759-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 02, 2019  11:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/8/19 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#6 - Final Confirmation of Plan Dated 9/17/2018 (NFC)
R / M #:  6 / 0

**_Appearances:_**

Debtor: *Martin*
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to _8-8-19_ at _9:00_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

*continued for possible objection to claim 5-2, Slippery Rock Assn.*

4/25/2019    3:29:49PM