IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Angela E. Barlow<br>Debtor<br><br>Angela E. Barlow<br>Movant<br>v.<br><br>Slippery Rock Associates<br>Respondents | : Bankruptcy No. 18-23759 CMB<br>:<br>: Chapter 13<br>:<br>: **ENTERED BY DEFAULT**<br>:<br>: Related to: Document No. 32<br>:<br>: |

### ORDER OF COURT

This ____4th____ day of ____June____, 2019,

the objection filed by the debtor to Proof of Claim #5 is sustained. The claim of Slippery Rock Associates is determined to be an unsecured, non-priority claim.

BANKRUPTCY JUDGE:

_____
Carlota M. Böhm                           glb
Chief United States Bankruptcy Judge

FILED
6/4/19 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 18-23759-CMB
Angela E. Barlow                                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                Page 1 of 1              Date Rcvd: Jun 04, 2019
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
db              +Angela E. Barlow,    309 N. Fairmount Street,    Pittsburgh, PA 15206-2837
14920244        +Slippery Rock Associates,    278 Cameron Drive,    Slippery Rock, Pennsylvania 16057-1630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:
     Catherine T. Martin    on behalf of Debtor Angela E. Barlow martinc@nlsa.us
     James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A. bkgroup@kmllawgroup.com
     Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
     Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
     Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                       TOTAL: 8