IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Angela E. Barlow                                    Bankruptcy No. 18-23759 CMB
      Debtor                                      Chapter 13

Ronda J. Winnecour                                  Conciliation Date: 5/14/20 at 9 a.m.
      Movant
  vs.

Angela E. Barlow
      Respondent

## **DEBTOR'S RESPONSE TO CERTIFICATE OF DEFAULT**

Debtor Angela E. Barlow, by her counsel, Neighborhood Legal Services Association and Catherine T. Martin, in response to Movant's Certificate of Default respectfully states as follows:

1. The debtor's current mailing address is 309 N. Fairmount Street, Pittsburgh, PA 15206.

2. The debtor has fallen behind in her payments because her income decreased. Recently, she has been unable to work at all because she is under quarantine due to having been exposed to someone at her church who had become ill with the coronavirus.

3. The debtor plans to return to work as soon as she can, but has not been able to make a payment since the Trustee filed the certificate of default.

4. The debtor's plan has been confirmed, therefore debtor should be eligible for an extension of her plan beyond the five year limit under Section 1113(b) of the federal CARES Act which was signed into law March 27, 2020.

WHEREFORE, the Debtor requests that this Court excuse the failure to make a recent payment and permit the case to be considered at the Conciliation conference scheduled for May 14, 2020.

RESPECTFULLY SUBMITTED:

/s/ Catherine T. Martin
Attorney for the Debtor
PA Bar I.D. 29049
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6118

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
Angela E. Barlow                                  Bankruptcy No. 18-23759 CMB
      Debtor                                        Chapter 13

Ronda J. Winnecour                                Conciliation Date: 5/14/20 at 9 a.m.
      Movant
  vs.

Angela E. Barlow
      Respondent

## CERTIFICATE OF SERVICE

I, Catherine T. Martin, certify under penalty of perjury that on March 30, 2020, I served a copy of the within Debtor's Response on all parties as listed below:

**The following parties were served by electronic delivery:**

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


EXECUTED ON: 3/30/20                              RESPECTFULLY SUBMITTED:

                                                                     /s/ Catherine T. Martin
                                                                     Attorney for the Debtor
                                                                     PA Bar I.D. 29049
                                                                     Neighborhood Legal Services Association

                                                                     928 Penn Avenue

                                                                     Pittsburgh, PA 15222

                                                                     412-586-6118

                                                                     martinc@nlsa.us