# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |  |  |
|---|---|---|---|
| Debtor: | ANGELA E. BARLOW | | |
| Case Number: | 18-23759-CMB | Chapter: | 13 |
| Date / Time / Room: | THURSDAY, MAY 14, 2020 09:00 AM   3251 US STEEL | | |
| Hearing Officer: | CHAPTER 13 TRUSTEE | | |

**Matter:**

#40 Trustee's Certificate of Default Requesting Dismissal of Case
+ Response By Debtor
R / M #:  40 / 0

*Debtor has lost income due to Covid-19 (Debtor driving for Lyft).*

**Appearances:**

Debtor: Martin
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
       Objections are due on or before _____.
       A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: _____ at  *Original plan confirmed before 3/27/20.*
10. __X__ Other: *plan extended to 84 months per cures out on basis that the Debtor has suffered financial hardship directly and indirectly due to Covid-19.*

Trustee's COD / Motion to Dismiss at Doc #40 is resolved by ~~proposed Confirmation of Debtor's Amended Plan~~ / proposed Order reflecting plan changes.

FILED
5/18/20 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA