IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Bankruptcy Case No.: 18-23759-CMB |
| | ) |
| | ) Chapter: 13 |
| Angela E. Barlow | ) Docket No.: 50-49 |
| Debtor (s) | ) Concil. Conf.: May 27, 2021 at 9:00 AM |
| | ) |

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 5th day of April, 2021, I served a copy of the within *Order* together with the Notice of *Proposed Modification of Confirmed Plan* and the *Amended Plan* filed in this proceeding, by first class mail and electronic service, see lists below.

Executed on ____4/5/2021_____        /s/ Catherine T. Martin
                                      Attorney for Debtor/Movant
                                      Pa. I.D. #29049; Firm #213
                                      NLSA, 928 Penn Avenue
                                      Pittsburgh, PA 15222-3799
                                      (412) 586-6118
                                      Email: martinc@nlsa.us

**First Class Creditors/ 18-23759**

US Bankruptcy Court
5414 U. S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Caine & Weiner
P.O. Box 55545
Sherman Oaks, California 91413-0545

Campus Side apartments
400 Campus Side Circle
Slippery Rock, Pennsylvania 16057-3075

JPMorgan Chase Bank
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Commercial Acceptance Co.
2W. Main Street
Shiremanstown, Pennsylvania 17011-6326

Comenity Capital Bank
P.O. Box 183003
Columbus, Ohio 43218-3003

Slippery Rock Associates
278 Cameron Drive
Slippery rock, Pennsylvania 16057-1630

Educational Credit Management Corporation
P.O. Box 16408
St. Paul MN 55116-0408

| | |
|---|---|
| Victoria's Secret<br>3000 Robinson Centre Drive<br>Pittsburgh, Pennsylvania 15205-4813 | Midland Funding LLC<br>2365 Northside Drive, Suite 300<br>San Diego, California 92108-1709 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Progressive Insurance<br>902 Brinton Road<br>Pittsburgh, Pennsylvania 15221-3029 |
| Collection Service Center<br>P.O. Box 560<br>New Kensington, Pennsylvania 15068-0560 | Verizon Pennsylvania<br>P.O. Box 165018<br>Columbus, Ohio, 43216 |
| Debt Recovery Solutions, LLC<br>6800 Jericho Turnpike, Ste. 113-E<br>Syosset, New York 11791-4401 | Chase<br>P.O. Box 183222<br>Columbus, Ohio, 43218-3222 |
| Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 | Jefferson Capital System<br>16 Mceland Road<br>Saint Cloud, Minnesota, 56303 |
| Verizon by American InfoSource as Agent<br>P.O. Box 248838<br>Oklahoma City, OK 73124-8838 | |

**Parties served by electronic notice: 18-23759**

Jeffrey R. Hunt on behalf of Creditor Pittsburgh Water and Sewer Authority

jhunt@grblaw.com

Brian Nicholas on behalf of Creditor Wilmington Saving Fund Society as trustee for Upland Mortgage Loan Trust A.

bnicholas@kmllawgroup.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Keri P. Ebeck on behalf of Duquesne Light Company

kebeck@bernsteinlaw.com

Kevin Scott Frankel on behalf of JPMorgan Chase Bank, National Association

pabk@logs.com

Office of the United States Trustee

Ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Peoples Natural Gas Company LLC

sjw@sjwpgh.com