IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANGELA E. BARLOW                           )
        Debtor                          ) Bankruptcy Case No. 18-23759-CMB
PEOPLES NATURAL GAS COMPANY, LLC  )
                                       ) Related to: Document No. 52
        Movant,                         )
        vs.                             )
ANGELA E. BARLOW, and RONDA J.             )
WINNECOUR, ESQUIRE, Trustee                )
        Respondents.                    )

## CONSENT ORDER OF COURT

AND NOW, to wit this **28th** day of **April**, 2021, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1. The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

2. A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has recently received a one-time LIHEAP Crisis Grant in the amount of $549.00 that was applied to her post petition gas account.

3. The instant Motion shall be dismissed without prejudice since the delinquency was paid from the LIHEAP Crisis Grant.

4. The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions unless the Debtor can present a defense other than non payment.

BY THE COURT:

_Carlota M. Böhm_ glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/28/21 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to by:

/s/ Catherine T. Martin
Catherine T. Martin, Esquire
Attorney for Debtor
Pa. I.D. No. 29049
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6118
martinc@nlsa.us

/s/S . James Wallace
S. James Wallace, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 28815
GRB Law
Frick Building, 437 Grant Street, 14th Floor
Pittsburgh, PA 15219
412-281-0587
jwallace@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                  Case No. 18-23759-CMB
Angela E. Barlow                                                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: gamr | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Angela E. Barlow, 309 N. Fairmount Street, Pittsburgh, PA 15206-2837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021                                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee for Upland Mortgage Loan Trust A. bnicholas@kmllawgroup.com |
| Catherine T. Martin | on behalf of Debtor Angela E. Barlow martinc@nlsa.us |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8