IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Angela E. Barlow<br><br>    Debtor | Bankruptcy No. 18-23759 CMB<br><br>Chapter: 13 |
| Angela E. Barlow<br>    Movant,<br><br>v.<br><br>No Respondent | Hearing date:  March 23, 2022 at 10 a.m. |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR APPROVAL OF PAHAF PARTICIPATON
**(Documents #64 and #67)**

1. The undersigned hereby certifies that, as of the date hereof, no objection has been filed to the Motion.
2. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 14, 2022.
3. The Motion seeks permission for the Debtor to apply for mortgage assistance.
4. The proposed Consent Order attached to the Motion indicates the consent of the Chapter 13 Trustee, the attorney representing Debtor's mortgage lender, and Debtor's counsel.

It is hereby respectfully requested that the Consent Order attached to the Motion be entered by the Court.

Dated: 3/15/2022

By: /s/ Catherine T. Martin
Attorney for Debtor
Pa. I.D. No. 29049; Firm No. 213
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222

Phone:  (412) 586-6118
Fax:  (412) 355-0168
Email: martinc@nlsa.us