IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: ANGELA E. BARLOW

    Debtor,

Bankruptcy No. 18-23759 CMB

ANGELA E. BARLOW

re doc. 64

    Movant,

v.

Chapter 13

No Respondents

**ENTERED BY DEFAULT**

**CONSENT ORDER OF COURT**

This \_\_\_\_15th\_\_\_\_ day of _____March_____, 2022, it is hereby ordered that the Debtor is permitted to participate in the PAHAF program. This Order may be attached to the PAHAF form, Exhibit A to Debtor's Motion, as evidence the Court has given the approval PAHAF requires.

The Debtor must notify the Trustee's office and the mortgage lender of the outcome of her PAHAF application with details of any grant that is awarded.
If awarded a grant, the Debtor must file an amended plan within thirty days.

BANKRUPTCY JUDGE

*Carlota M. Böhm*
dmk

Consented to:

Counsel for Debtor

/s/Catherine T. Martin

Counsel for Wilmington Savings Fund Society

/s/Brian Nicholas

FILED
3/15/22 12:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Office of the Chapter 13 Trustee

/s/James C. Warmbrodt

United States Bankruptcy Court

Western District of Pennsylvania

In re:        Case No. 18-23759-CMB

Angela E. Barlow        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Mar 15, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela E. Barlow, 309 N. Fairmount Street, Pittsburgh, PA 15206-2837 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022       Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee for Upland Mortgage Loan Trust A. bnicholas@kmllawgroup.com

Catherine T. Martin
    on behalf of Debtor Angela E. Barlow martinc@nlsa.us

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 15, 2022 | Form ID: pdf900 | Total Noticed: 1 |

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8