IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Angela E. Barlow
    Debtor

Case No. 18-23759  CMB

Chapter 13

Angela E. Barlow
    Movant,
- vs. -

Wilmington Savings Fund
and Ronda J. Winnecour, Trustee,
    Respondents.

**PROOF OF PAYMENT**



RESPECTFULLY SUBMITTED:
/s/ Catherine T. Martin
Attorney for the Debtor
PA Bar I.D. 29049
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6118
martinc@nlsa.us