## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Angela E. Barlow
    Debtor

Case No. 18-23759 CMB

Chapter 13

Angela E. Barlow
    Movant,
    - vs. -

Wilmington Savings Fund
and Ronda J. Winnecour, Trustee,
    Respondents.

### **WITHDRAWAL OF AMENDED PLAN DATED MAY 1, 2022 FILED BY DEBTOR**

1. An amended plan dated May 1, 2022 was filed on behalf of the debtor in response to the Trustee's Certificate of Default filed on April 11, 2022 at Document # 72.

2. Debtor will has entered into a stipulation with the affected creditor to resolve the default by modifying an earlier plan.

3. Debtor is withdrawing the amended plan because the default has been resolved in another way.

/s/Catherine T. Martin
Name: Catherine T. Martin
Attorney I.D.: PA 29049
Address: NLS, 928 Penn Avenue, Pittsburgh PA 15222
Phone #:412-586-6118
Facsimile #:412-355-0168
E-Mail: martinc@nlsa.us

Attorney for the Debtor