**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/08/2023

IN RE:

ANGELA E. BARLOW
309 N. FAIRMOUNT STREET
PITTSBURGH, PA 15206
XXX-XX-3479          Debtor(s)

Case No. 18-23759 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/8/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 10-2<br>CLAIM: 0.00<br>COMMENT: PMT/NTC-STIP*DKT4PMT-LMT*BGN 10/18*FR JPM-DOC 28*AMD | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9604 |
| **CAMPUS SIDE APARTSMENTS**<br>400 CAMPUS SIDE CL<br>SLIPPERY ROCK, PA 16057 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 634.93<br>COMMENT: NO ACCT/SCH*COMENTIY CAP BANK~HSN | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2160 |
| **PROGRESSIVE INSURANCE CO**<br>6300 WILSON MILLS RD W33<br>MAYFIELD VILLAGE, OH 44143 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SLIPPERY ROCK ASSOCIATES**<br>278 CAMERON DR<br>SLIPPERY ROCK, PA 16057 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 1,728.00<br>COMMENT: UNS/DOE-SCH-PL*PRI/CL*UNPD RENT ARRS*AMD*AUG 2016 LEASE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: P507 |
| **DEBT RECOVERY SOLUTIONS LLC**<br>6800 JERICHO TURNPIKE STE 113E<br>SYOSSET, NY 11791 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,063.58<br>COMMENT: NO ACCT/SCH*DEFECTIVE /COURT*INSUFF POD*DK | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3479 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 697.85<br>COMMENT: REF 3352716983*VICTORIAS SECRET/COMENITY | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5351 |
| **COMMERCIAL ACCEPTANCE**<br>2300 GETTYSBURG RD<br>CAMP HILL, PA 17011 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

Case 18-23759-CMB    Doc 97    Filed 09/08/23    Entered 09/08/23 12:51:02    Desc
Page 4 of 5

# CLAIM RECORDS

| Creditor | Claim Info | Description |
|---|---|---|
| **CAINE & WEINER**<br>5805 SEPULVEDA BLVD<br><br>SHERMAN OAKS, CA 91411 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DEBT RECOVERY SOLUTIONS LLC**<br>6800 JERICHO TURNPIKE STE 113E<br><br>SYOSSET, NY 11791 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LOGS LEGAL GROUP LLP**<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA 19406 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 16  INT %: 10.00%<br>Court Claim Number: 1<br>CLAIM: 1,650.21<br>COMMENT: 83J23*CL1GOV*1650.21 TTL/PL@10%*WNTS 10%*THRU 9/24/18*W/17 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3J23 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 55.87<br>COMMENT: 83J23*CL1GOV*1650.21 TTL/PL@10%*NON INT*THRU 9/24/18*W/16 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3J23 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 66,005.04<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3479 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 310.00<br>COMMENT: FEES/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 18-23759CMB |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 10-2<br>CLAIM: 120.86<br>COMMENT: 7618.02PL*AMD CL=$0*THRU 9/18*FR JPM-DOC 28 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9604 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: 3 <br> CLAIM: 857.57 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7275 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** <br> PO BOX 248838 <br> OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 515.72 <br> COMMENT: NT/SCH*INSUFF POD*DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **DUQUESNE LIGHT COMPANY(*)** <br> ATTN. LITIGATION COUNSEL <br> 411 SEVENTH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 1,977.32 <br> COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5585 |
| **BRIAN C NICHOLAS ESQ** <br> KML LAW GROUP PC <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: CARRINGTON MORT/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PMT/OE*BGN 3/23 DISB*DKT | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 4685 |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: /AMD CL | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ** <br> GRB LAW <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PITTSBURGH WATER+SWR/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |