FILED
9/7/23 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 18-23759-CMB |
| Angela E. Barlow ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Related to Doc. No. 94 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Angela E. Barlow ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **October 5, 2023, at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **September 26, 2023.**

| | |
|---|---|
| 9/6/23 <br> Date | /s/ Owen W. Katz <br> Owen W. Katz, PA I.D. 36473 <br> Attorneys for Chapter 13 Trustee <br> US Steel Tower, Suite 3250 <br> 600 Grant Street <br> Pittsburgh, PA  15219 <br> (412) 471-5566 <br> okatz@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 18-23759-CMB
Angela E. Barlow | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Sep 07, 2023      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela E. Barlow, 309 N. Fairmount Street, Pittsburgh, PA 15206-2837 |
| 14920243 | + | Caine & Weiner, P.O. Box 55545, Sherman Oaks, California 91413-0545 |
| 14920246 | + | Campus Side Apartments, 400 Campus side Circle, Slippery Rock, Pennsylvania 16057-3075 |
| 14920247 | + | Commercial Acceptance Co., 2 W. Main Street, Shiremanstown, Pennsylvania 17011-6326 |
| 14920242 | + | Progressive Insurance, 902 Brinton Road, Pittsburgh, Pennsylvania 15221-3029 |
| 14920244 | + | Slippery Rock Associates, 278 Cameron Drive, Slippery Rock, Pennsylvania 16057-1630 |
| 14920250 | + | Victoria's Secret, 3000 Robinson Centre Drive, Pittsburgh, Pennsylvania 15205-4813 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 07 2023 23:44:16 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Sep 07 2023 23:25:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 14920245 | ^ | MEBN | Sep 07 2023 23:18:13 | Collection Service Center, P.O. Box 560, New Kensington, Pennsylvania 15068-0560 |
| 14920252 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2023 23:25:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, Ohio 43218-3003 |
| 14920249 | ^ | MEBN | Sep 07 2023 23:17:48 | Debt Recovery Solutions, LLC, 6800 Jericho Turnpike, Ste. 113-E, Syosset, New York 11791-4401 |
| 14956745 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 07 2023 23:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14935297 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 07 2023 23:25:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul MN 55116-0408 |
| 14920251 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 07 2023 23:25:00 | Jefferson Capital System, 16 Mcleland Road, Saint Cloud, Minnesota, 56303 |
| 14941425 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 07 2023 23:25:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14920241 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 08 2023 00:34:08 | Chase, P.O. Box 183222, Columbus, Ohio, 43218-3222 |
| 14959576 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 07 2023 23:22:42 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14951275 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 07 2023 23:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14920253 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 07 2023 23:25:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, California 92108-2710 |
| 14937990 | + | Email/Text: ebnpeoples@grblaw.com | Sep 07 2023 23:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14933761 | + | Email/Text: ebnpwsa@grblaw.com | Sep 07 2023 23:25:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14954894 | | Email/PDF: ebn_ais@aisinfo.com | Sep 07 2023 23:22:10 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14920248 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 07 2023 23:24:00 | Verizon Pennsylvania, Inc., P.O. Box 165018, Columbus, Ohio, 43216 |
| 14985788 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 07 2023 23:24:00 | Wilmington Savings Fund Society, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee f |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | WILMINGTON SAVINGS FUND SOCIETY, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society FSB, as trustee for Upland Mortgage Loan Trust A. bnicholas@kmllawgroup.com |
| Catherine T. Martin | on behalf of Debtor Angela E. Barlow martinc@nlsa.us |
| Jeffrey Hunt | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: pdf900 | Total Noticed: 25 |

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt

on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Scott Frankel

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9