IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE

Angela E. Barlow
    Debtor

Case No. 18-23759 CMB

Chapter 13

### CERTIFICATE OF SERVICE

I, Catherine T. Martin, certify under penalty of perjury that I served a copy of the Conversion Order dated 9/26/23 as listed below:

1. On October 3, 2023, all parties on the attached list who were served by first class mail.
2. On October 5, 2023, the following parties were served by electronic delivery:

Office of the United States Trustee: ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour: cmecf@chapter13trusteewdpa.com

Brian Nicholas on behalf of Creditor Wilmington Saving Fund Society as trustee for Upland Mortgage Loan Trust: bnicholas@kmllawgroup.com

EXECUTED ON: 10/5/23

RESPECTFULLY SUBMITTED:
/s/ Catherine T. Martin
Attorney for the Debtor
PA Bar I.D. 29049
Neighborhood Legal Services Association
928 Penn Avenue
Pittsburgh, PA 15222
412-586-6118
martinc@nlsa.us

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
Gulf Tower, Suite 2200
707 Grant Street
Pittsburgh, PA  15219-1943

Peoples Natural Gas Company, LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA  15233-1828

Wilmington Savings Fund Society, FSB
c/o Carrington Mortgage Service, LLC
1600 South Douglass Road
Anaheim, CA  92806-5948

Caine & Weiner
P.O. Box 55545
Sherman Oaks, CA  91413-0545

Collection Service Center
P.O. Box 560
New Kensington, PA  15068-0560

Commercial Acceptance Co.
2 W. Main Street
Shirmanstown, PA  17011-6326

Educational Credit Management Corp.
P..O. Box 16408
St. Paul, MN  55116-0408

Midland Funding, LLC
2365 Northside Drive, Suite 300
San Diego, CA  92108-2710

J.P. Morgan Chase Bank, N.A.
Bankruptcy Mail Intake Team
700 Kansas Lake, Floor 1
Monroe, LA  71203-4774

Pittsburgh Water and Sewer Authority
Goehring, Rutter and Boehm
Frick Building, 14tj Floor
437 Grant Street
Pittsburgh, pA  15219-6101

Midland Funding, LLC
P.O. Box 2011
Warren, MI  48989-2011

Campus Side Apartments
400 Campus Side Circle
Slippery Rock, PA  16057-3075

Commenity Capital Bank
P.O. Box 183003
Columbus, OH  43218-3003

Debt Recovery Solutions, LLC
6800 Jericho Turnpike, Suite 113-E
Syosset, NY  11791-4401

Jefferson Capital Systems, LLC
P.O. Box 7999
St. Cloud, MN  56302-7999

Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222-3721

Progressive Insurance
902 Brinton Road
Pittsburgh, PA  15221-3029

Verizon
c/o American InfoSource
P.O. Box 248838
Oklahoma City, OK  73124-8838

Victoria's Secret
3000 Robinson Centre Drive
Pittsburgh, PA  15205-4813

J.P. Morgan Chase Bank
National Association
7255 Baymeadows Way
Jacksonville, FL  32256

J.P. Morgan Chase Bank, N.A.
Chase Records Center
Attn:  Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane,
Monroe, LA  71203

Slippery Rock Associates
278 Cameron Drive
Slippery Rock, PA  16057-1630

Verizon Pennsylvania, Inc.
P.O. Box 165018
Columbus, OH  43215

Rosemary C. Crawford
Crawford McDonald, LLC
P.O. Box 355
Allison Park, PA  15101-0355

Chase
P.O. Box 183222
Columbus, OH  43218-32222

Jefferson Capital System
16 McLeland Road
St. Cloud, MN  56303