**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| ANGELA E. BARLOW | Case No.:18-23759 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/24/2018 and confirmed on 11/01/2018 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,249.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,244.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 797.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 797.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 9604 | 0.00 | 14,015.40 | 0.00 | 14,015.40 |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 9604 | 120.86 | 120.86 | 0.00 | 120.86 |
|   PITTSBURGH WATER & SEWER AUTHORI<br>    Acct: 3J23 | 1,650.21 | 0.00 | 0.00 | 0.00 |
|   PITTSBURGH WATER & SEWER AUTHORI<br>    Acct: 3J23 | 55.87 | 0.00 | 0.00 | 0.00 |
| | | | | 14,136.26 |
| **Priority** | | | | |
|   CATHERINE T MARTIN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANGELA E. BARLOW<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANGELA E. BARLOW<br>    Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
|   NEIGHBORHOOD LEGAL SVCS ASSN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23759 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4685 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| | Acct: XXXXXXX9CMB | | | | |
| | | | | | 310.00 |
| Unsecured | | | | | |
| | CAMPUS SIDE APARTSMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING LLC | 634.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 2160 | | | | |
| | PROGRESSIVE INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SLIPPERY ROCK ASSOCIATES | 1,728.00 | 0.00 | 0.00 | 0.00 |
| | Acct: P507 | | | | |
| | DEBT RECOVERY SOLUTIONS LLC | 2,063.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 3479 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 697.85 | 0.00 | 0.00 | 0.00 |
| | Acct: 5351 | | | | |
| | ECMC(*) | 66,005.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 3479 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 857.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 7275 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 515.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 1,977.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 5585 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                      14,446.26

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 310.00 |
| SECURED | 1,826.94 |
| UNSECURED | 74,480.01 |

Date: 10/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com