| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Angela E. Barlow<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3479<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __−_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18−23759−CMB | |

## Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Angela E. Barlow

<u>1/24/24</u>                                                                                    **By the court:**   <u>Carlota M Bohm</u>
                                                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                           Case No. 18-23759-CMB

Angela E. Barlow                                                                                                                           Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                             User: auto                                                   Page 1 of 3

Date Rcvd: Jan 24, 2024                               Form ID: 318                                    Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela E. Barlow, 309 N. Fairmount Street, Pittsburgh, PA 15206-2837 |
| 14920243 | + | Caine & Weiner, P.O. Box 55545, Sherman Oaks, California 91413-0545 |
| 14920246 | + | Campus Side Apartments, 400 Campus side Circle, Slippery Rock, Pennsylvania 16057-3075 |
| 14920247 | + | Commercial Acceptance Co., 2 W. Main Street, Shiremanstown, Pennsylvania 17011-6326 |
| 14920242 | + | Progressive Insurance, 902 Brinton Road, Pittsburgh, Pennsylvania 15221-3029 |
| 14920244 | + | Slippery Rock Associates, 278 Cameron Drive, Slippery Rock, Pennsylvania 16057-1630 |
| 14920250 | + | Victoria's Secret, 3000 Robinson Centre Drive, Pittsburgh, Pennsylvania 15205-4813 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jan 25 2024 11:38:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jan 25 2024 11:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 07:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 25 2024 11:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 25 2024 07:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: JPMORGANCHASE | Jan 25 2024 11:38:00 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, 7255 Baymeadows Way, Jacksonville, FL 32256 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 25 2024 07:02:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 14985788 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 25 2024 07:02:00 | Wilmington Savings Fund Society, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14920245 | ^ | MEBN | Jan 25 2024 07:02:45 | Collection Service Center, P.O. Box 560, New Kensington, Pennsylvania 15068-0560 |
| 14920252 | + | EDI: WFNNB.COM | Jan 25 2024 11:38:00 | Comenity Capital Bank, P.O. Box 183003, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 318 | Total Noticed: 31 |

| Recip ID | | Notice Type | Timestamp | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, Ohio 43218-3003 |
| 14920249 | ^ | MEBN | Jan 25 2024 07:01:42 | Debt Recovery Solutions, LLC, 6800 Jericho Turnpike, Ste. 113-E, Syosset, New York 11791-4401 |
| 14956745 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 25 2024 07:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14935297 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 25 2024 07:02:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul MN 55116-0408 |
| 14920251 | | EDI: JEFFERSONCAP.COM | Jan 25 2024 11:38:00 | Jefferson Capital System, 16 Mcleland Road, Saint Cloud, Minnesota, 56303 |
| 14941425 | | EDI: JEFFERSONCAP.COM | Jan 25 2024 11:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14920241 | | EDI: JPMORGANCHASE | Jan 25 2024 11:38:00 | Chase, P.O. Box 183222, Columbus, Ohio, 43218-3222 |
| 14959576 | | EDI: JPMORGANCHASE | Jan 25 2024 11:38:00 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15651510 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 25 2024 07:15:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15656061 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 07:03:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 14951275 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 07:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14920253 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 25 2024 07:03:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, California 92108-2710 |
| 14937990 | + | Email/Text: ebnpeoples@grblaw.com | Jan 25 2024 07:02:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14933761 | + | Email/Text: ebnpwsa@grblaw.com | Jan 25 2024 07:02:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15644916 | | EDI: AIS.COM | Jan 25 2024 11:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 14954894 | | EDI: AIS.COM | Jan 25 2024 11:38:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14920248 | | EDI: VERIZONCOMB.COM | Jan 25 2024 11:38:00 | Verizon Pennsylvania, Inc., P.O. Box 165018, Columbus, Ohio, 43216 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB, as trustee f |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, WILMINGTON SAVINGS FUND SOCIETY, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

Case 18-23759-CMB    Doc 129    Filed 01/26/24    Entered 01/27/24 00:29:03    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2024 | Form ID: 318 | Total Noticed: 31 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Catherine T. Martin | on behalf of Debtor Angela E. Barlow martinc@nlsa.us |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee for Upland Mortgage Loan Trust A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9